FILED
AUG 15 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Civel Right's Act, 42 U.S.C. 1983
United States District Court
Southern District of Florida

Case no. _____    cat/div **550/1983/KW**
                            Case # _____
                            Judge _____ Mag **WHITE**
Steven Kelly                Motn Ifp **YES** Fee pd $ **—**
 —v—                        Receipt # _____

MonRoe County Judical System
Daide County Judical System
South Florida Evaluation + TReatment
Center. (Forensic Admission Coordinator)

I. Name of Plaintiff: Steven Kelly
A. Inmate No. 14021135
   address  5501 College RD.
            Key west, flA.
            33040

B. MonRoe County Judical System
   marathon Courthouse
   3117 Overseas Hwy.
   marathon, fl.
   33050

C. Dade County Judical System
   I do not Know, This address.

D. South florida Evaluation + TReatment
   Center. (DR. Valdez 1-786-349-6055)

E. Forensic Admission Coordinator
Dept. of Children + Families
1317 Winewood Blvd. Bld.6 Room 223
Tallahassee FLA.
32309-0700

II.
1. 11-23-16 arrested for working's in United States Suprem Court Case. By State Police C.f. Fisher Report NO! FHP99ARR037706.
2. CRyterer for committment, I can't get this from Hospital or Court " must Be a danger to yourself or Others" Can't Be met.
3. Asked to go to Grand Jury "Dennied" 11-27-16 + 2-20-17
4. NO Lawyer or Consel Sence "2-20-17"-"8-6-17"
5. Last Court apearence 12-1-16 Marathon
6. Judge Becker Refuses to hear Forced Motion. "Motion to change place of TRial" 3-20-17
7. Sharriff's Stealing evidance United States Suprem Court + Monroe Co. Court.
8. Lawyer + States Att Sharring evidance.
9. NO Law LiBrary "in WRiting"
10. NO Legal Copy's (In writing)
11. Molituse Prosecution.
    All of this combined is blocking access to Courts + Stopping Due Process. The mental Instatution was to discRedate me Because of Court Procedings in Wash. DC. From start to finish my arrest was to do nothing more than to Stop a Habies Corpus Wash. DC. filed on 10-18-16 and to Cover Crimes up. This also Stop's Procicution of lawenforcement in mataBel States.

III. Reilief
1. I need a lawyer
2. "Motion to change Place of Trial" Hurd
3. Lost money Per Year $ 286,200,389,995,460.q
Per Day: $ 784,111,065,741.00

IV Jury Demand
Do You demand a Jury Trial  Yes ☐  NO ☒

Signed this 7th day of Aug. 2017

Steven Kelly

I declaire under penalty of PerJury that the forgoing is True & Correct.

Executed on: 8-7-17
Steven Kelly



**USMS INSPECTED RECEIVED**

Clerk's office of the United States District Southern District of Florida
400 North Miami Avenue, Room 8N09
Miami, Fla.
33128-7788

MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL 33040

INCOMING & OUTGOING MAIL
MUST STATE THE SENDERS FULL NAME AND ADDRESS, THE INMATE OR DETAINEE NAME MUST BE CORRECT
CASH, MONEY ORDER, PERSONAL CHECKS AND UNAUTHORIZED PACKAGES, ARE NOT ACCEPTED ALL WILL BE RETURNED TO SENDER. WE ARE NOT RESPONSIBLE FOR INCORRECT INFORMATION

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013

Steven Kelly
5501 College Rd.
Keywest, Fla.
33040